IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF _____
_____ DIVISION

*(Write the District and Division, if any, of
the court in which the complaint is filed.)*

FILED BY _CBK_ D.C.

MAR 2 1 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Terrence D. Smith

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

Disabled Veterans Foundation
(5013C)

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for Employment
Discrimination**

Case No. __16-cv-60596 DPG__
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☑ Yes   ☐ No
*(check one)*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Terrence Smith

Street Address: P.O. Box # 852364

City and County: Hallandale   Broward Co.

State and Zip Code: Florida   33008

Telephone Number: 954-997-8709

E-mail Address: t.smith99990000@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: Disabled Veterans Foundation

Job or Title (if known): 

Street Address: 2925 N.W. 130th Avenue #326

City and County: Sunrise, FL 33323  Broward County

State and Zip Code: Florida   33323

Telephone Number: 954-496-6900

E-mail Address (if known): 

Defendant No. 2

Name: David Bailey

Job or Title (if known): Director of Operations / President

Street Address: 2925 N.W. 130th Avenue #326

City and County: Sun Rise   Broward County

2

State and Zip Code   _____

Telephone Number   _____

E-mail Address
(if known)   _____

Defendant No. 3

Name   _____

Job or Title
(if known)   _____

Street Address   _____

City and County   _____

State and Zip Code   _____

Telephone Number   _____

E-mail Address
(if known)   _____

Defendant No. 4

Name   _____

Job or Title
(if known)   _____

Street Address   _____

City and County   _____

State and Zip Code   _____

Telephone Number   _____

E-mail Address
(if known)   _____

**C.**    **Place of Employment**

The address at which I sought employment or was employed by the defendant(s)
is:

Name    Disabled Veterans Foundation

Street Address    1408 W Mango St

City and County    Lantana

State and Zip Code    FL 33462

Telephone Number    954-496-6406

3

## II.   Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:



☑   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑   Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐   Other federal law *(specify the federal law)*:

_____

☐   Relevant state law *(specify, if known)*:

_____

☐   Relevant city or county law *(specify, if known)*:

_____

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

4

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

    ☐    Failure to hire me.

    ☑    Termination of my employment.

    ☐    Failure to promote me.

    ☑    Failure to accommodate my disability.

    ☐    Unequal terms and conditions of my employment.

    ☑    Retaliation.

    ☐    Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s)

_____ *April 2014  –  June 2014* _____

C.   I believe that defendant(s) *(check one)*:

    ☑    is/are still committing these acts against me.

    ☐    is/are not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

    ☐    race _____

    ☐    color_____

    ☐    gender/sex _____

    ☑    religion _____

    ☐    national origin _____

    ☐    age.  My year of birth is _____. *(Give your year of birth only if you are asserting a claim of age discrimination.)*

    ☑    disability or perceived disability *(specify disability)*
    _____ PTSD & MDD (Major Depressive Disorder) _____

E.   The facts of my case are as follows.  Attach additional pages if needed.

5

During the course of my tenure with the Disabled Veterans Foundation I'd been hired then assigned a Fundraiser position at Daytona Bike week Karound March 2014 where I performed duties with no complaints. April David Bailey asked me about my beard. I explained that my beard is an expression of my religious beliefs as a Christian with Orthodox Jewish practices. He then said the organization had plans to continue assigning me Fundraiser locations instead he did not assign me to other fundraisers (see attached page)

(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

_March 27, 2015,_

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)*

~~March 27, 2015~~ December 27, 2015

(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

**V.    Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I ask the court to order relief. As of March 21, 2016 I remain homeless without a place of my own to call home. I seek a monetary amount that exceeds the State Court threshold for $352,000.⁰⁰ Three Hundred Fifty Two Dollars as a remedy to the mental/emotional extreme distress I've suffered with consideration for the reckless excess eviction measures involving law enforcement endangering my life with respect to my peaceful religious practices.

**VI.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: March 21, 20 16.

Signature of Plaintiff _____

Printed Name of Plaintiff    Terrence D. Smith _____

7

**B.      For Attorneys**

Date of signing: _____, 20___.

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |

Continue Attached Overland Facts

• As a result I was subject to adverse treatment. Absolutely no assignments were given while each week that passed I became more depressed causing anxiety cycles; symptoms of PTSD to increase. I complained to management but no accommodations were made when David Bailey promised to offer another location. Instead the Disabled Foundation forced an ~~eviction~~ Eviction upon me where the Lantana Police & the County Sheriff ~~walked~~ walked into my home with Guns pointed at me while David Bailey watched & changed the locks to the front door which I have video from the day June 16, 2014 as proof. I seek relief for the amount of $352,000.00 which exceeds state Court Threshold. The discrimination has caused me to become homeless since June 2014. I seek relief for the extreme mental/emotional distress I've suffered aggravating PTSD & MOD symptoms. I seek relief with respect for my peaceful religious expressions & practices.

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

X EEOC

510-2015-02487

## Florida Commission On Human Relations
*State or local Agency, if any*

and EEOC

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Mr. Terrence Smith** | **(786) 520-6219** | **05-29-1983** |

Street Address — City, State and ZIP Code

**One N. W. 33rd Terrace, Fort Lauderdale, FL 33311**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **DISABLED VETERANS FOUNDATION** | **15 - 100** | **(954) 496-6906** |

Street Address — City, State and ZIP Code

**2925 N. W. 130th Avenue, #326, Sunrise, FL 33323**

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

Street Address — City, State and ZIP Code

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE   ☐ COLOR   ☐ SEX   ☒ RELIGION   ☐ NATIONAL ORIGIN

☐ RETALIATION   ☐ AGE   ☒ DISABILITY   ☐ GENETIC INFORMATION

☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **06-16-2014**   Latest **06-16-2014**

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I. I am a qualified individual with a disability. I am a Christian with Orthodox Jewish practices. I worked for the above named Employer since March 2014, as a Veteran's Fundraiser. I was terminated on or about June 16, 2014, because of my disability, and religion.

II. No reason was given for my termination. When I was hired I was given a Fundraiser job and did well with no complaints. After that David Bailey, Director started asking me about my beard. I explained it was an expression of my religious belief and I had the beard when I was hired. As a result, I was not assigned any other fundraisers and later evicted from my home.

III. I believe the Employer discriminated against me in violation of Title VII of the Civil Rights Act of 1964, as amended and the Americans with disabilities Act, as amended

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

**Mar 27, 2015**
Date — *Charging Party Signature*

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: | Terrence Smith<br>1 N. W. 33rd Terrace<br>Fort Lauderdale, FL 33311 | From: | Miami District Office<br>Miami Tower, 100 S E 2nd Street<br>Suite 1500<br>Miami, FL 33131 |
|---|---|---|---|

|  | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |
|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 510-2015-02487 | ROBBY CEDON,<br>Investigator | (305) 808-1881 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[X] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -

(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Ozzie L. Black,
Acting District Director

DEC 2 2 2015

Enclosures(s)

(Date Mailed)

cc: **David Bailey**
**Director**
**DISABLED VETERAN'S FOUNDATION**
**3956 Town Center Blvd**
**Orlando, FL 32837**

 **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Miami District Office**

Miami Tower
100 SE 2ⁿᵈ Street, Suite 1500
Miami, FL  33131
Intake Information Group:  (800) 669-4000
Miami Direct Dial:  (305) 808-1740
TTY (305) 808-1742
FAX (305) 808-1843

Terrence Smith
1 N. W. 33rd Terrace
Fort Lauderdale, FL 33311

Re:     EEOC Charge No. 510-2015-02487C
        Terrence Smith v. DISABLED VETERANS FOUNDATION

Dear: Terrence Smith

In an effort to expedite the charge resolution process, your charge has been selected for mediation by the Equal Employment Opportunity Commission (EEOC). Mediation is an informal process in which those involved in a dispute jointly explore and reconcile their differences. Mediation is offered as an alternative to the often lengthy investigative process traditionally used to determine the merits of charges of discrimination filed with the Commission. The purpose of mediation is to help the parties to reach a fair and expeditious resolution of the charge prior to an investigation. The majority of mediations are completed in only one session. If your charge is resolved during the mediation process, the charge will be closed and the terms of the agreement will end further processing by the Commission. If mediation is unsuccessful, your charge will be investigated just like any other charge.

Mediation focuses on a resolution of the underlying dispute by addressing the interests of both parties. It is not a forum for reaching a determination on whether discrimination occurred. Therefore, any agreement reached during mediation does not constitute an admission that discrimination occurred. However, the agreement will resolve the employment dispute.

Participation in the mediation program is completely voluntary. Two agreements are enclosed for your review - the "Agreement to Mediate" and the "Confidentiality Agreement." You should complete and return both agreements if you are interested in mediating your charge. Also enclosed is a Mediation Fact Sheet that answers many questions that you may have regarding this program.

Failure to respond within 10 days of the date of this letter may result in the charge being forwarded to an investigator. The EEOC will also contact the Respondent (the employer or party against whom you have filed this charge). If the Respondent agrees to participate, you will be contacted by the assigned mediator to schedule a mediation session. If the Respondent elects not to mediate the matter, your charge will be assigned to an investigator and will be processed under our usual charge processing procedures.

If you have any questions concerning the mediation program, please call Susann Rosa at (305) 808-1838.

Sincerely,
Gilbert Carrillo
Gilbert Carrillo
ADR Coordinator

Date: 5/5/2015

Enclosures



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Miami District Office**

Miami Tower
100 SE 2ⁿᵈ Street, Suite 1500
Miami, FL 33131
Intake Information Group:  (800) 669-4000
Miami Direct Dial:  (305) 808-1740
TTY (305) 808-1742
FAX (305) 808-1843

## AGREEMENT TO MEDIATE

CHARGE NUMBER: 510-2015-02487C

Charging Party: Terrence Smith                    Respondent: DISABLED VETERANS
FOUNDATION

This is an agreement by the parties to participate in mediation involving   and   in the above referenced charge. The parties understand that mediation is a voluntary process, which may be terminated at any time.

The parties and, if they desire, their representatives and/or attorneys, are invited to attend a mediation session.   No one else may attend without the permission of the parties and the consent of the mediator(s).

The mediator(s) will not function as the representative of either party. However, the mediator(s) may assist the parties in understanding their rights and the terms of any proposed settlement agreement. Each party acknowledges being advised to seek independent legal review prior to signing any settlement agreement.
The Parties acknowledge that they have received a copy of the Mediation Fact Sheet.
The parties acknowledge that the mediator(s) possesses the discretion to terminate the mediation at any time if an impasse occurs or either party or the mediator deems the case inappropriate for mediation.
The parties recognize that mediation is a confidential process and agree to abide by terms of the attached Confidentiality Agreement.

The parties acknowledge that if a settlement is reached as a result of the mediation, the assigned mediator(s) is required to report to EEOC any benefits received. This information is reported only for purposes of providing aggregate data to the EEOC for Mediation program evaluation purposes, and the individual terms of the agreement will not be disclosed to the public.

| | | | |
|---|---|---|---|
| _____ | 5/5/2015 | _____ | _____ |
| Charging Party | Date | Respondent | Date |
| | | | |
| _____ | _____ | _____ | _____ |
| Charging Party's Representative | Date | Respondent's Representative | Date |
| | | | |
| _____ | _____ | _____ | _____ |
| Charging Party's Representative | Date | Respondent's Representative | Date |

CONFIRM CURRENT ADDRESS (e-mail if available) AND DAYTIME TELEPHONE NUMBER

_Terrence Smith 1 N.W. 33ʳᵈ Terrace_
_Ft. Lauderdale FL, 33311_
_email: t.smith9999000@gmail.com_
_telephone: 786.530.6219._



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Miami District Office**

Miami Tower
100 SE 2nd Street, Suite 1500
Miami, FL 33131
Intake Information Group: (800) 669-4000
Miami Direct Dial: (305) 808-1740
TTY (305) 808-1742
FAX (305) 808-1843

## CONFIDENTIALITY AGREEMENT

CHARGE NUMBER: 510-2015-02487C

1.  The parties agree to participate voluntarily in mediation in an effort to resolve the charge(s) filed with the EEOC.

2.  The parties agree that all matters discussed during the mediation are confidential, unless otherwise discoverable, and cannot be used as evidence in any subsequent administrative or judicial proceeding. Confidentiality, however, will not extend to threats of imminent physical harm or incidents of actual violence that occur during the mediation.

3.  Any communications between the ADR Coordinator and the mediator(s) and/or the parties are considered dispute resolution communications with a neutral and will be kept confidential.

4.  The parties agree not to subpoena the mediator(s) or compel the mediator(s) to produce any documents provided by a party in any pending or future administrative or judicial proceeding. The mediator(s) will not voluntarily testify on behalf of a party in any pending or future administrative or judicial proceeding. The parties further agree that the mediator(s) will be held harmless for any claim arising from the mediation process.

5.  Mediation sessions will not be tape-recorded or transcribed by the EEOC, the mediator or any of the participants. All information or materials provided to or created by the mediator including all notes, records, or documents generated during the course of the mediation shall be destroyed by the mediator after conclusion of the mediation. Parties or their representatives are not prohibited from retaining their own notes. However, the EEOC will not maintain any such notes or records as part of its record keeping procedures.

6.  If a settlement is reached by all the parties, the agreement shall be reduced to writing and when signed shall be binding upon all parties to the agreement. If the charge(s) is not resolved through mediation, it is understood by the parties that the charge(s) will be transferred to the investigative unit for further processing.

*May 05, 2025*
*05/05/2025*

| | | | | |
|---|---|---|---|---|
| CHARGING PARTY | DATE | RESPONDENT | DATE | |
| CHARGING PARTY REPRESENTATIVE | DATE | RESPONDENT REPRESENTATIVE | DATE | |
| CHARGING PARTY REPRESENTATIVE | DATE | RESPONDENT REPRESENTATIVE | DATE | |

*Exhibit A*

MONEY ORDER RECEIPT    NON NEGOTIABLE

LOAD THIS DIRECTION, THIS SIDE UP →

LOAD THIS DIRECTION, THIS SIDE UP

Try the new Western Union Payments service for all your bills
and get guaranteed proof of payment. To learn more and to
search over 10,000 billers, goto WesternUnionPaysMyBills.com.

AGT 324540 LOC 000817 DT 040114 $400.00 4HUNDREDDOLLARS AND
NO CENTS

Payable to:
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT
INFORMATION BELOW AND ON BACK.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment
on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of
purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide
WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Englewood, Colorado. For customer
service, call 1-800-999-9660.

*  1 4 8 4 4 4 2 9 1 6 3  *

For your financial service needs, visit our website at
www.westernunion.com

Western Union Financial Services, Inc. Money Order Tracing/Refund Request

For customer service,
call 1-800-999-9660.

Instructions:
1. This request is to be completed by the purchaser only. A stop payment is placed on the original Money Order when refund is made to purchaser.
2. The original of the Money Order receipt must accompany each request. If the original of the Purchaser's Copy Money Order receipt
   is not enclosed, your request will be delayed and may be denied.
3. Enclose a $15.00 non-refundable processing fee for each photocopy or refund request. NOTICE: At its discretion Western Union Financial Services, Inc. may deduct the fee from your refund if it is
   not enclosed with your request.
4. A photocopy will not be processed until the $15.00 is received.
5. Please allow 30 days for processing. All requests for refunds and photocopies must be in writing.

SEND REQUEST TO:
Western Union Financial Services, Inc.
PO Box 7030
Englewood, CO  80155-7030

MONEY ORDER AMOUNT

DATE PURCHASED
M M  D D  Y Y

Purchaser's Name First          Last (Please Print)

Money Order was purchased at
(name & address)

Money Order was Payable To:

Mailing Address (Please Print)

Reason for Request:

City          State    Zip Code    -

"To induce Western Union Financial Services, Inc. (WUFSI) to refund to me the face amount of the above Money Order, and in consideration of that payment, I authorize WUFSI to stop payment on this Money Order,
and agree to reimburse WUFSI for this refund and to hold WUFSI harmless against any and all expense and/or liability to which it may be subject by reason of this refund to me, by reason of my alleged loss of the
Money Order, or by reason of the negotiation of the Money Order"

PURCHASER SIGN HERE (IN INK): X _____    DATE          PHONE NUMBER

BEFORE MAILING, BE SURE THAT THIS FORM HAS BEEN SIGNED IN INK.

*E*

DISABLED VETERANS FOUNDATION COF
1830 N UNIVERSITY DR
PLANTATION FL 33322

Check No.: 3141

Pay Stub Detail
PAY DATE:03/21/2014
NET PAY:$202.24

Terrence Smith
1408 W Mango St
Lantana FL 33462

---

Check No.: 3141

**EMPLOYER**
DISABLED VETERANS FOUNDATION CORP
1830 N UNIVERSITY DR
PLANTATION FL 33322

| **PAY PERIOD** | |
| --- | --- |
| Period Beginning | 03/04/2014 |
| Period Ending: | 03/10/2014 |
| Pay Date: | 03/21/2014 |
| Total Hours: | 0.00 |

**EMPLOYEE**
Terrence Smith
1408 W Mango St
Lantana FL 33462

**NET PAY:**                                    **$202.24**

**MEMO:**
Bike Week Daytona Beach 7th, 8th & 9th

| PAY | Hours | Rate | Current | YTD |
| --- | --- | --- | --- | --- |
| Fundraising | - | - | 219.00 | 219.00 |

| DEDUCTIONS | Current | YTD |
| --- | --- | --- |

| TAXES | Current | YTD |
| --- | --- | --- |
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 13.58 | 13.58 |
| Medicare | 3.18 | 3.18 |

| SUMMARY | Current | YTD |
| --- | --- | --- |
| Total Pay | $219.00 | $219.00 |
| Taxes | $16.76 | $16.76 |
| Deductions | $0.00 | $0.00 |
| **Net Pay** | **$202.24** | |

DISABLED VETERANS FOUNDATION COF
1830 N UNIVERSITY DR
PLANTATION FL 33322

Check No.: 3147

Pay Stub Detail
PAY DATE:03/28/2014
NET PAY:$497.77

Terrence Smith
1408 W Mango St
Lantana FL 33462

Check No.: 3147

**EMPLOYER**
DISABLED VETERANS FOUNDATION CORP
1830 N UNIVERSITY DR
PLANTATION FL 33322

| **PAY PERIOD** | |
| --- | --- |
| Period Beginning | 03/11/2014 |
| Period Ending: | 03/17/2014 |
| Pay Date: | 03/28/2014 |
| Total Hours: | 0.00 |

**EMPLOYEE**
Terrence Smith
1408 W Mango St
Lantana FL 33462

**NET PAY:**                                                     **$497.77**

**MEMO:**
Bike Week Daytona Beach 11th, 13th, 14th & 15th

| PAY | Hours | Rate | Current | YTD |
| --- | --- | --- | --- | --- |
| Fundraising | - | - | 539.00 | 758.00 |

| DEDUCTIONS | Current | YTD |
| --- | --- | --- |
| | | |

| TAXES | Current | YTD |
| --- | --- | --- |
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 33.42 | 47.00 |
| Medicare | 7.81 | 10.99 |

| SUMMARY | Current | YTD |
| --- | --- | --- |
| Total Pay | $539.00 | $758.00 |
| Taxes | $41.23 | $57.99 |
| Deductions | $0.00 | $0.00 |

**Net Pay**                **$497.77**



Disabled Veterans
Foundation

TERRENCE SMITH

AIR FORCE

Dec 31st 2014

VETERAN